AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MACK A. FOSTER,

                  Plaintiff,

                                JUDGMENT IN A CIVIL CASE

                  v.

L. BELANGER, C/O MCGILL, C/O WISE, C/O GLEASON, C/O MULLINE, C/O KELLY, C/O MEYER, C/O HERNANDEZ, RON KNIGHT, SCAMAHORN, MCKINNEY, and SUPERINTENDENT STEVEN SINCLAIR,         Defendants.

CASE NUMBER: CV-11-5053-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  the Complaint is DISMISSED WITHOUT PREJUDICE to filing a new and separate action.

May 25, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia